UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 3: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELV ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10930-RGS |
| ) | |
| PARK OFFICE PROPERTIES II, LLC, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 7.3

In accordance with this Court's Local Rule 7.3, Plaintiff ELV Associates, Inc. states that it has no parent corporation, and that no publicly held company owns 10% or more of its stock.

                                                   **ELV ASSOCIATES, INC.**

                                                   By its attorneys,

                                                   _____
                                                   Martin M. Fantozzi (BBO# 554651)
                                                   Patrick M. Curran, Jr. (BBO# 659322)
                                                   Goulston & Storrs
                                                   A Professional Corporation
                                                   400 Atlantic Avenue
                                                   Boston, Massachusetts 02110-3333
                                                   (617) 482-1776

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2004, a true and correct copy of the foregoing (1) Plaintiff's Opposition to Defendant's Motion to Dismiss and (2) Plaintiff's Statement Pursuant to Local Rule 7.3 were served by hand delivery upon:

>Carlos Perez-Albuerne
>Choate, Hall & Stewart
>Exchange Place
>53 State Street
>Boston, MA 02109
>
>>Counsel for Defendant Park Office
>>Properties II, LLC

_____
Patrick M. Curran, Jr.