IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ELV ASSOCIATES, INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO. 04-10930 RGS |
| v. | ) |
| PARK OFFICE PROPERTIES II, LLC, | ) |
| Defendant. | ) |

FILED IN CLERK'S OFFICE
2004 JUN 21 P 12:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION TO ADMIT WILLIAM M. DROZE PRO HAC VICE

Pursuant to Local Rule 85.5.3, the undersigned member of the Bar of this Court moves for an Order allowing William M. Droze to appear and practice in this Court in the above-entitled case on behalf of Defendant Park Office Properties II, LLC. William M. Droze is a member in the law firm of Troutman Sanders, LLP, 600 Peachtree Street, N.E., Suite 5200, Bank of America Plaza, Atlanta, Georgia 30308.

As stated in the accompanying Certificate filed herewith, William M. Droze is a member in good standing of the Bar of the State of Georgia and has been admitted to practice in the United States Supreme Court, the Eleventh Circuit Court of Appeals, the Third Circuit Court of Appeals, the United States Court of Appeals for the District of Columbia, the United States District Court for the Northern, Middle, and Southern Districts of Georgia as well as the Georgia Supreme Court and the Georgia Court of Appeals. William M. Droze is familiar with the local rules of this Court, and there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction.

[Signature on next page.]

Respectfully submitted,

PARK OFFICE PROPERTIES II, LLC

_____
Carlos Perez-Albuerne (BBO #640446)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 248-5000

Date: May 26, 2004

## CERTIFICATE UNDER L.R. 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that I conferred with counsel for Plaintiff prior to filing this motion, and that Plaintiff has assented to this motion.

_____
Carlos Perez-Albuerne

Pro Hac Vice Motion.DOC