IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
CLERK'S OFFICE

2004 JUL -7 P 1:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELV ASSOCIATES, INC., | ) |
| Plaintiff, | ) CIVIL ACTION<br>) FILE NO. 04-10930-RGS |
| v. | ) |
| PARK OFFICE PROPERTIES II, LLC, | ) |
| Defendant. | ) |

## CERTIFICATION OF JURISIDICTION

COMES NOW Defendant Park Office Properties II, LLC ("POP II") and files its Certification of Jurisdiction as directed by the Court in its Order dated June 22, 2004. POP II hereby certifies the following:

1.

POP II is a limited liability company organized and existing in the State of Georgia.

2.

POP II has three Members: Ralph G. Edwards, Robert M. Day, and Salisbury Partners, LP ("Salisbury").

3.

None of POP II's Members reside in the states of Massachusetts or Delaware.

4.

Salisbury is a limited partnership organized and existing in the State of Georgia.

5.

Salisbury has three Partners: Ralph G. Edwards, Nicole F. Edwards, and M. Tyler Edwards.

6.

None of Salisbury's Partners reside in the states of Massachusetts or Delaware.

7.

POP II informed Plaintiff of the residency of all of POP II's Members in correspondence dated June 11, 2004, which included declarations signed by all of POP II's Members and Salisbury's Partners as well as Georgia Secretary of State Search Results for both POP II and Salisbury. A true and correct copy of POP II's Letter dated June 11, 2004 is attached hereto as Exhibit 'A.'

This 7th day of July, 2004.

                                                        CHOATE, HALL & STEWART

                                                        Carlos Perez-Albuerne (BBO #640446)
53 State Street, Exchange Place
Boston, MA 02109
Tel: (617) 248-5000

OF COUNSEL:

TROUTMAN SANDERS LLP
WILLIAM M. DROZE
Georgia Bar No. 231039
VINCENT BUSHNELL
Georgia Bar No. 098999
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000
Fax: (404) 885-3900
Attorneys for Defendant
Park Office Properties II, LLC

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ELV ASSOCIATES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARK OFFICE PROPERTIES II, LLC, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br> FILE NO. 04-10930-RGS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the foregoing **CERTIFICATION OF JURISDICTION** upon the interested parties by placing a copy thereof in the United States mail with adequate postage thereon and addressed as follows:

> Martin M. Fantozzi
> Patrick M. Curran, Jr.
> Goulston & Storrs, P.C.
> 400 Atlantic Avenue
> Boston, Massachusetts 02110-3333

This 7th day of July, 2004.

Carlos Perez-Albuerne (BBO #640446)