IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ELV ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 04-10930-RGS |
| v. ) | |
| ) | |
| PARK OFFICE PROPERTIES II, LLC, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO AMEND CASE MANAGEMENT PLAN AND TO EXTEND TIME TO FILE AUTOMATIC DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LR 26.2(A)

COME NOW the parties in the above-styled action and move the Court for an Order amending the Case Management Plan ("Case Management Plan") found in the Joint Statement Pursuant to Fed.. R. Civ. P. 26(f) and LR 16.1(D) and extending the time allowed for completion of automatic disclosures pursuant to Rule 26(a)(1) and LR 26.2(A). On August 6, 2004, the Case Management Plan was submitted in this case wherein the parties agreed to complete automatic disclosures pursuant to Rule 26(a)(1) and LR 26.2(A) by August 23, 2004.

Since submission of the Case Management Plan, the parties have been actively pursuing settlement negotiations and wish to defer completion of the automatic disclosures to allow the parties to fully explore the settlement of this matter without incurring additional expense. The parties therefore ask the Court to extend the time for completion of automatic disclosures pursuant to Rule 26(a)(1) and LR 26.2(A) from August 23, 2004 to August 30, 2004.

WHEREFORE, the parties ask the Court to grant this motion and issue an Order amending the Case Management Plan ("Case Management Plan") found in the Joint Statement Pursuant to Fed.. R. Civ. P. 26(f) and LR 16.1(D) and extending the time allowed for completion of automatic disclosures pursuant to Rule 26(a)(1) and LR 26.2(A) up to and including August 30, 2004.

This 23rd day of August, 2004.

[Signatures on next page.]

TROUTMAN SANDERS LLP


_____ /PMC
WILLIAM M. DROZE
Georgia Bar No. 231039
*Admitted Pro Hac Vice*
VINCENT BUSHNELL
Georgia Bar No. 098999
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Tel: (404) 885-3000

CHOATE, HALL & STEWART
CARLOS PEREZ-ALBUERNE (BBO #640446)
53 State Street, Exchange Place
Boston, MA 02109
Tel: (617) 248-5000

    Attorneys for Defendant Park Office
    Properties II, LLC


GOULSTON & STORRS, P.C.


_____
MARTIN M. FANTOZZI (BBO #554651)
PATRICK M. CURRAN, JR. (BBO #659322)
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel: (617) 482-1776

    Attorneys for Plaintiff ELV Associates, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ELV ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 04-10930-RGS |
| v. ) | |
| ) | |
| PARK OFFICE PROPERTIES II, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2004, I served a copy of the foregoing **JOINT MOTION TO AMEND CASE MANAGEMENT PLAN AND TO EXTEND TIME TO FILE AUTOMATIC DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LR 26.2(A)** upon the interested parties by placing a copy thereof in the United States mail with adequate postage thereon and addressed as follows:

| | |
|---|---|
| William M. Droze, Esq.<br>Troutman Sanders, LLP<br>Bank of America Plaza, Suite 5200<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308-2216 | Carlos Perez-Albuerne<br>Choate, Hall & Stewart<br>53 State Street, Exchange Place<br>Boston, MA 02109 |

Attorneys for Defendant Park Office
Properties II, LLC

/s/ Patrick M. Curran
Patrick M. Curran, Jr. (BBO# 659322)