UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELV ASSOCIATES, INC., ) ) Plaintiff, ) ) v. ) ) PARK OFFICE PROPERTIES II, LLC, ) ) Defendant. ) ) | Civil Action No. 04-10930-RGS |

## MEMORANDUM OF LIS PENDENS

Notice is hereby given that on April 9, 2004, the undersigned Plaintiff commenced an action in the Superior Court of Suffolk County, docketed as Civil Action No. 04-1526-A, by filing with that Court a Verified Complaint in which the undersigned is named as Plaintiff and Park Office Properties II, LLC is named as the Defendant. On May 10, 2002, the Defendant removed said action to the United States District Court for the District of Massachusetts, where it has been docketed as Civil Action No. 04-10930-RGS.

Said Verified Complaint affects the title to an office building located at Two Liberty Square in Boston, Massachusetts, consisting of approximately 67,749 square feet of rentable office space, which property is described in full on Appendix A to this Memorandum of Lis Pendens.


Respectfully submitted,

**ELV ASSOCIATES, INC.**

By its attorneys,

*/s/ Patrick M. Curran*
Martin M. Fantozzi (BBO# 554651)
Patrick M. Curran, Jr. (BBO# 659322)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776

Dated: July 13, 2004

## ENDORSEMENT OF THE COURT

The Court hereby endorses this Memorandum of Lis Pendens because it has found that the subject matter of the above-captioned action constitutes a claim of right to title to the real property described on Appendix A hereto or the use and occupation thereof or the buildings thereon.

_____
United States District Judge

Dated: July __, 2004

## ATTORNEY AFFIDAVIT

I, Patrick M. Curran, Jr., hereby certify that I served a copy of the foregoing Memorandum of Lis Pendens by certified mail to each party in this action on July __, 2004.

_____
Patrick M. Curran, Jr.