UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 30  A 11: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELV ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10930-RGS |
| ) | |
| PARK OFFICE PROPERTIES II, LLC, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, plaintiff ELV Associates, Inc. and defendant Park Office Properties II, LLC hereby stipulate and agree that this action be dismissed with prejudice and without costs or attorneys' fees awarded to any party, and with all rights of appeal being waived.

Respectfully submitted,

**ELV ASSOCIATES, INC.**

By its attorneys,

_____
Martin M. Fantozzi (BBO# 554654)
Patrick M. Curran, Jr. (BBO# 659322)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776

**PARK OFFICE PROPERTIES II, LLC**

By its attorneys,

_____
William M. Droze (pro hac vice)
Troutman Sanders LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-22 16
(404) 885-3000

OF COUNSEL:
Carlos Perez-Albuerne (BBO# 640446)
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA 02109
(617) 248-5000

Dated: September 30, 2004